BANK OF NEW ORLEANS AND
TRUST COMPANY,
Plaintiff-Appellant,

v.

The OIL SCREW TRACY MARIE, etc.,
et al., Defendants,

Lee-Roy Towing, Inc.,
Intervenor-Appellee.

No. 78–1624
Summary Calendar.*

United States Court of Appeals,
Fifth Circuit.

Sept. 21, 1978.

Robert T. Wakefield, New Orleans, La.,
for plaintiff-appellant.

Kierr, Gainsburgh, Benjamin, Fallon &
Lewis, Lawrence S. Kullman, New Orleans,
La., for intervenor-appellee.

Before THORNBERRY, GODBOLD and
RUBIN, Circuit Judges.

PER CURIAM:

We affirm on the opinion of the district
court, 455 F.Supp. 78, with the following
additional comments.

The evidence adequately supports
the findings that Lee-Roy Towing was a
special agent and not a general agent and
that it was a real party in interest. We do
not understand the court to have held that
the presumption of 46 U.S.C. § 971 is irre-
buttable; rather it held that the presump-
tion had not been rebutted by appellant's
contention that Lee-Roy was a general
agent. There is no merit to the contention
that the overall purpose of the Ship Mort-
gage Act, 46 U.S.C. § 911 et seq., and the
Maritime Lien Act of 1920, 46 U.S.C. § 971
et seq. requires that the lien for crew wages
not be given its usual superiority in this
case.

AFFIRMED.

* Rule 18, 5 Cir.;  see Isbell Enterprises, Inc.  v.  Citizens Casualty Co. of New York et al., 5 Cir.,
1970, 431 F.2d 409, Part I.